# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **REGINA BROWN o/b/o** | * | |
| **JOSEPH BROWN,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | **CIVIL ACTION NO. 04-00447-WS-B** |
| | * | |
| **JO ANNE B. BARNHART,** | * | |
| Commissioner of | * | |
| Social Security, | * | |
| | * | |
| Defendant. | * | |

## ORDER

This matter is before the Court on Plaintiff's "Statement Of Objection To Magistrate Judge's Report and Recommendation" (Doc. 18). After due and proper consideration of all portions of this file deemed relevant to the issues raised and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, Plaintiff's Objection is overruled, and the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 29, 2005, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 19th day of October, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE