IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINA BROWN o/b/o** \* | |
| **JOSEPH BROWN,** \* | |
| \* | |
| Plaintiff, \* | |
| \* | |
| vs. \* | **CIVIL ACTION NO. 04-00447-WS-B** |
| \* | |
| **JO ANNE B. BARNHART,** \* | |
| **Commissioner of** \* | |
| **Social Security,** \* | |
| \* | |
| Defendant. \* | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for supplemental security income be **AFFIRMED.**

**DONE** and **ORDERED** this 19th day of October, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE